# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 27, 2013

No. 11-41240

Lyle W. Cayce
Clerk

MIKKI KALINA; ESTELLA STRAWN; REBECCA SIRMANS,

Plaintiffs-Appellees / Cross-Appellants

v.

JAMES A. BLACKSTOCK, Being Sued Individually and In His Official
Capacity,

Defendant-Appellant / Cross-Appellee

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 3:10-CV-00096

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.